IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ROBERSON, et al., | CASE NO. CV-F-08-0552 LJO SMS |
| Plaintiffs, | **ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE** |
| v. | |
| DANNY ONTIVEROS TRUCKING, et al., | |
| Defendants. / | |

This alleged collective, class and representative action arises from defendants' alleged failure to overtime compensations, among other violations, to plaintiff and other similarly situated workers.

This Court VACATES the July 22, 2008 scheduling conference in Department 10 and SETS a preliminary scheduling conference for July 23, 2008 at 8:30 a.m. in Department 4 (LJO). At the conference, the Court will set dates for (1) Cutoff for discovery regarding class certification only; (2) Deadline to file motion for class certification; (3) Deadline to file opposition to motion for class certification; (4) Deadline to file reply for motion for class certification; and (5) Hearing date for motion for class certification. The parties are directed to meet and confer as to a proposed schedule and shall file with the Court not later than seven (7) days before the conference, a joint preliminary scheduling conference report. The parties may appear at the conference by arranging a one line conference call and telephoning the Court at 559-499-5680.

IT IS SO ORDERED.

**Dated:    June 9, 2008**                       **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE

1