Paul Lafranchise, State Bar No.122528
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: plafranc@kleinlaw.com

Attorneys for Defendants

**FILED**

AUG 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (Fresno Division)

| | |
|---|---|
| PAUL ROBERSON, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>DANNY ONTIVEROS TRUCKING, DANNY ONTIVEROS and DOES 1 Through 100,<br><br>Defendants. | Case No. CV-F-08-0552-LJO SMS<br><br>**ORDER ON DEFENDANTS' EX-PARTE APPLICATION TO EXTEND TIME TO PLEAD**<br><br>Local Rule 6-144<br>Civil Rule 7-19<br>FRCP 12(a)(1)(A)(i)<br><br>Assigned to: Judge Lawrence J. O'Neill<br>Complaint Filed: April 22, 2008 |

Having considered defendants' ex-parte application for an extension of time to answer or otherwise respond to plaintiff's complaint, and finding good cause therefore,

1  IT IS HEREBY ORDERED that defendants have to and including September 15, 2008

2  by which to file such pleading.

3

4

5  DATED: August 15, 2008

6  United States District Court Judge

```
************************************************************************
*                    TRANSACTION REPORT                                 *
*                                              AUG-15-2008 FRI 03:12 PM *
*                                                                       *
*  FOR:                                                                 *
*  ─────────────────────────────────────────────────────────────────    *
*  SEND                                                                 *
*  DATE  START     RECEIVER       TX TIME   PAGES TYPE    NOTE    M# DP *
*  ─────────────────────────────────────────────────────────────────    *
*  AUG-15 03:12 PM 916613260418   38"       2     FAX TX  OK      788   *
*  ─────────────────────────────────────────────────────────────────    *
*                                 TOTAL :   38S   PAGES:  2             *
************************************************************************
```

Case 1:08-cv-00552-LJO-SMS   Document 16   Filed 08/15/2008   Page 1 of 3

1  Paul Lafranchise, State Bar No.122528
2  KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL, LLP
3  4550 California Avenue, Second Floor
   Bakersfield, California 93309
   P.O. Box 11172
4  Bakersfield, California 93389-1172
   Telephone: (661) 395-1000
5  Facsimile: (661) 326-0418
   E-Mail: plafranc@kleinlaw.com
6
7  Attorneys for Defendants
8
9               UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF CALIFORNIA
11                    (Fresno Division)
12
13 PAUL ROBERSON, individually       Case No. CV-F-08-0552-LJO SMS
   and on behalf of all others
14 similarly-situated,
15              Plaintiffs,          **ORDER ON DEFENDANTS' EX-**

**FILED**

AUG 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK