1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorneys for Plaintiffs,
   PAUL ROBERSON, et al.
6

7  Paul A. Lafranchise
   State Bar #122528
8  Klein, DeNatale, Goldner, Cooper,
    Rosenlieb & Kimball, LLP
9  Post Office Box 11172
   Bakersfield, CA, 93389
10 Telephone: (661) 395-1000
   Facsimile: (661) 326-0418
11
   Attorneys for Defendants,
12 DANNY ONTIVEROS TRUCKING, et al.

13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15
                          (Fresno Division)
16

17
   PAUL ROBERSON, et al.,         )   CASE NO. CV-F-08-0552 LJO SMS
18                                )
                  Plaintiffs,     )   STIPULATION TO CONTINUE
19                                )   SCHEDULING CONFERENCE;
   vs.                            )   ORDER
20                                )
   DANNY ONTIVEROS TRUCKING,      )
21 et al.,                        )
                                  )
22                Defendants.     )
                                  )
23

24
        IT IS HEREBY STIPULATED by and between the parties, through
25
   their respective counsel, that the Court should enter an Order
26
   continuing the Scheduling Conference in this matter for sixty (60)
27
   days, from September 11, 2008 to November 11, 2008 or the next
28

STIPULATION TO CONTINUE SCHEDULING CONFERENCE;           CASE NO.CV-F-08-0552 LJO SMS
[PROPOSED] ORDER

1  available date thereafter on the Court's calendar.
2      This request is based on the fact that this Court entered an
3  Order on August 15, 2008 extending defendants' time to respond to
4  plaintiff's Complaint to September 15, 2008.
5  DATE: August 25, 2008              LAW OFFICE OF JERRY BUDIN
6                                      /s/ Jerry Budin
7                                     _____
                                      JERRY BUDIN
8                                     Attorney for Plaintiffs,
                                      PAUL ROBERSON, et al.
9
10
11 DATE: August 25, 2008              KLEIN, DENATALE, GOLDNER, COOPER,
                                      ROSENLIEB & KIMBALL, LLP
12
13                                     /s/ Paul A. Lafranchise
                                      _____
14                                    PAUL A. LAFRANCHISE
                                      Attorneys for Defendants,
15                                    DANNY ONTIVEROS TRUCKING, et al.
16
17                                  **ORDER**
18
19      Based upon the above Stipulation, and good cause appearing
20 therefrom,
21      The Scheduling Conference is continued to November 18, 2008 at
22 8:15 a.m. in Dept. 4.
23
24
25
26
27 IT IS SO ORDERED.
28 **Dated:   August 25, 2008**            **/s/ Lawrence J. O'Neill**

| | |
|---|---|
| 1 | UNITED STATES DISTRICT JUDGE |

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER     3     CASE NO.CV-F-08-0552 LJO SMS