1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorneys for Plaintiffs,
   PAUL ROBERSON, et al.
6

7  Paul A. Lafranchise
   State Bar #122528
8  Klein, DeNatale, Goldner, Cooper,
    Rosenlieb & Kimball, LLP
9  Post Office Box 11172
   Bakersfield, CA, 93389
10 Telephone: (661) 395-1000
   Facsimile: (661) 326-0418
11
   Attorneys for Defendants,
12 DANNY ONTIVEROS TRUCKING, et al.

13
                      UNITED STATES DISTRICT COURT
14
                     EASTERN DISTRICT OF CALIFORNIA
15
                             (Fresno Division)
16

17
   PAUL ROBERSON, et al.,         )   CASE NO. CV-F-08-0552 LJO SMS
18                                )
              Plaintiffs,         )   STIPULATION TO CONTINUE
19                                )   HEARING ON DEFENDANTS' MOTION
   vs.                            )   TO DISMISS (DOC. 20);
20                                )   ORDER
   DANNY ONTIVEROS TRUCKING,      )
21 et al.,                        )
                                  )
22            Defendants.         )
   _____)
23

24
        IT IS HEREBY STIPULATED by and between the parties, through
25
   their respective counsel, that the Court should enter an Order
26
   continuing the hearing on Defendants' Motion To Dismiss (Doc. 20)
27
   in this matter to November 6, 2008 or the next available date
28

1  thereafter on the Court's calendar.

2  DATE: September 24, 2008         LAW OFFICE OF JERRY BUDIN

3                                    /s/ Jerry Budin

4                                   _____
                                    JERRY BUDIN
5                                   Attorney for Plaintiffs,
                                    PAUL ROBERSON, et al.
6

7

8  DATE: September 24, 2008         KLEIN, DENATALE, GOLDNER, COOPER,
                                    ROSENLIEB & KIMBALL, LLP
9

10                                   /s/ Paul A. Lafranchise

11                                  _____
                                    PAUL A. LAFRANCHISE
                                    Attorneys for Defendants,
12                                  DANNY ONTIVEROS TRUCKING, et al.

13

14                                **ORDER**

15

16     Based upon the above Stipulation,

17     IT IS HEREBY ORDERED that the hearing on Defendants' Motion To

18  Dismiss is continued to November 6, 2008 at 8:30 a.m. in Dept. 4.

19     IT IS SO ORDERED.

20  **Dated:   September 24, 2008**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE