UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ROBERSON, <br><br>        Plaintiff, <br>   v. <br><br>DANNY ONTIVEROS TRUCKING, et al., <br><br>        Defendants. | 1:08-cv-552-LJO-SMS <br><br>ORDER DIRECTING MOVING COUNSEL FOR DEFENDANTS TO FILE A PROOF OF SERVICE ON THE CLIENT OF THE MOTION TO WITHDRAW NO LATER THAN FIVE DAYS AFTER THE DATE OF SERVICE OF THIS ORDER <br><br>ORDER DIRECTING COUNSEL TO FILE A SUPPLEMENTAL DECLARATION |

    Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

    Counsel for Defendants filed a motion to withdraw as attorney of record on January 28, 2009, in this case; the Defendants will be left without counsel and will be proceeding pro se if the motion is granted. None of the papers submitted with the motion reflected that notice of the actual motion to withdraw itself was given to the client; however, Local Rule 83-182(d) expressly requires that an attorney who has appeared may not withdraw and leave the client in propria persona without leave of Court upon noticed motion "and notice to the client...."

    The moving attorney IS DIRECTED to file a proof of service,

1

1  made under penalty of perjury as required by the local rules, of
2  the motion and all related papers on the client no later than
3  five days after the date of service of this order.
4      Should an adequate proof of service on the client not be
5  filed within the five-day period, the hearing on the motion will
6  be vacated.
7      Further, if counsel is aware of a current telephone number
8  for the client, counsel IS DIRECTED to file a supplemental
9  declaration stating the telephone number no later than five days
10 after the date of service of this order.
11
12 IT IS SO ORDERED.
13 **Dated:   February 20, 2009**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

2