UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ROBERSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br>DANNY ONTIVEROS TRUCKING, et al.,<br><br>    Defendants. | 1:08-cv-00552-LJO-SMS<br><br>ORDER VACATING HEARING SET FOR MARCH 6, 2009, ON THE MOTION OF DEFENDANTS' COUNSEL TO WITHDRAW AND DEEMING MOTION SUBMITTED (DOC. 36) |

    Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

    Pending before the Court is the motion of Paul Lafranchise of Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, to withdraw as attorney of record for Defendants.

    Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion to withdraw is a matter that may appropriately be submitted upon the record and briefs.

    Accordingly, the hearing on the motion, presently set for

1

1  March 6, 2009, IS VACATED, and the motion IS DEEMED SUBMITTED to
2  the Court for decision.
3  IT IS SO ORDERED.
4  **Dated:   March 2, 2009**               /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE