1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiff,
   PAUL ROBERSON

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

                          (Fresno Division)


| PAUL ROBERSON, | ) CASE NO. 1:08-CV-F-0552-LJO-SMS |
|---|---|
| Plaintiff, | ) STIPULATION FOR DISMISSAL WITH ) PREJUDICE; ORDER |
| vs. | ) |
| DANNY ONTIVEROS TRUCKING, DANNY ONTIVEROS, | ) ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the named plaintiff PAUL ROBERSON, through his counsel, and defendants, DANNY ONTIVEROS and DANNY ONTIVEROS DBA DANNY ONTIVEROS TRUCKING, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

This stipulation is based on the fact that the named plaintiff is entering into a settlement with defendants prior to any certification of any classes with respect to the defendants. Under the text of F.R.C.P. Rule 23(e), adopted in 2003, such a settlement does <u>not</u> require court approval:

> [P]rior to certification, the named plaintiffs may dismiss class claims without court approval. The named plaintiffs may settle or voluntarily dismiss their own claims just as in an individual action...in which case the class claims would have to be dismissed as well. Rule 23(e) does not provide the District Courts with any supervisory authority over such dismissals, nor does it require notice to the absent class members. 5 Moore's Federal Practice (3d Ed. 2005), §23.64(2)(a), p. 23-315.

See also F.R.C.P. 23, Advisory Committee Note of 2003 ("The new rule requires approval only if the claims, issues or defenses of a <u>certified class</u> are resolved by settlement, voluntary dismissal or compromise.")(Emphasis added).

DATED: April 29, 2009                          LAW OFFICE OF JERRY BUDIN

                                               /s/ Jerry Budin
                                               _____
                                               Jerry Budin
                                               Attorney for Plaintiff,
                                               PAUL ROBERSON

DATED: April 29, 2009

                                               /s/ Danny Ontiveros
                                                  (Original Signature
                                                   retained by attorney)
                                               _____
                                               Danny Ontiveros and Danny
                                               Ontiveros dba Danny Ontiveros
                                               Trucking, Dendants
                                               In Propria Persona

///
///
///
///
///
///
///
///

## ORDER

Based on the foregoing and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice.  This case is closed.

IT IS SO ORDERED.

**Dated:    April 30, 2009**                             /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE